**UNITED STATES COURT OF APPEAL FOR THE FEDERAL CIRCUIT**

August 11, 2009

<u>E R R A T A</u>

Appeal No.  2008-5034                          <u>WEEKS MARINE V US</u>

Decided:  August 10, 2009                    Precedential Opinion

Please make the following changes:

    On <u>page 15, line 19</u>, the word "an" immediately after "contemplates" should be deleted.

    <u>Page 26, line 2</u>:  change "Week" to --Weeks--.